■ GEORGE M. HOY, an Infant, by His Guardian ad Litem, WILLIAM J. HOY, et al., Appellants, v. LOUIS J. DI LORENZO et al., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Concur — Botein, J. P., Rabin, McNally and Bergan, JJ.

■ CHARLES N. SUITT et al., Respondents, v. CONGREGATION AND TALMUD TORAL TIFFERETH ISRAEL, Appellant.— Determination unanimously affirmed, with costs to the respondent. The premises having been occupied by the owner were never subject to rent control. Certainly it was not the intention of the Legislature to impose controls on business property that had not been subject to control prior to March 31, 1950 (Business Rent Law, § 12; L. 1945, ch. 314, as amd.). Concur — Botein, J. P., Rabin, Frank, McNally and Bergan, JJ.

■ GOLLIN'S SUPER SERVICE STATIONS, INC., et al., Respondents, v. BRODY SERVICE STATIONS, INC., et al., Appellants, et al., Defendant.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, J. P., Frank, McNally and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. AMALIO MALDONADO, Appellant.— Judgment unanimously affirmed. No opinion. Concur — Botein, J. P., Rabin, Frank, McNally and Bergan, JJ.

■ In the Matter of JUSTINE L. LAMBERT, Appellant, against ROBERT C. WEAVER, as State Rent Administrator, et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, J. P., Rabin, Frank, McNally and Bergan, JJ.